UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY J. HANNON,

    Plaintiff,

v.                                                       Case No. 2:06-cv-183
                                                          HON. GORDON J. QUIST
KENNERLY M. STALLMAN,

    Defendant.

_____/

## OPINION AND ORDER
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Docket #17) is approved and adopted as the opinion of the Court.

2.    Defendant's motion for clarification is GRANTED. Defendant's motion to dismiss (Docket #12) is GRANTED as to defendant Mike Kennerly.

3.    Plaintiff's motion to strike (Docket #14) is DENIED.

4.    Plaintiff shall have 30 days from the date of this order to file an amended complaint naming as a defendant Dr. Timothy Stallman.

Dated: February 29, 2008                                  /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE