UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY J. HANNON

    Plaintiff,

v.   Case No. 2:06-CV-183

TIMOTHY STALLMAN, *et al.*,   HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with this Court's Opinion filed on March 12, 2009,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued January 22, 2009 (docket no. 34) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket no. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (docket no. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that this case is dismissed in its entirety and that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3).

This case is **concluded**.

Dated:  March 12, 2009         /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE